UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:24-cv-00789-CV (SPx) | Date December 4, 2025 |
| Title *N.C. v. Walmart, Inc.* | |

Present: The Honorable  Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS

On July 23, 2025, the Court ordered the Parties to show cause, in writing, by July 30, 2025, why certain case filings should not remain under seal, or alternatively, to file redacted versions of the relevant filings on the public docket. Doc. # 34 ("OSC").

As of the date of this order, the Parties have failed to respond to the OSC, and have failed to file redacted version of the relevant filings. The Court therefore ORDERS the Parties to show cause in writing, by December 12, 2025, why the Court should not issue sanctions for their failure to comply with the Court's July 23, 2025 Order.

**IT IS SO ORDERED.**